[Nos. 28588-6-II; 29605-5-II.   Division Two.   December 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT M. DUKOWITZ, *Appellant*.

*In the Matter of the Personal Restraint of* ROBERT M. DUKOWITZ, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-01945-5, Frederick B. Hayes, J., entered February 21, 2002, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 28790-1-II.   Division Two.   December 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN RAYFORD BLACK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-00845-8, Katherine M. Stolz, J., entered May 13, 2003. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 28808-7-II.   Division Two.   December 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM NELSON SCHENCK III, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00414-9, James E. Warme, J., entered May 2, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Armstrong, JJ.